957 A.2d 1176

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Blaine BALDWIN, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 25, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 25th day of September 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Should not this Court clarify the doctrine of sentencing merger, and its implications under constitutional double jeop-

ardy analysis, under circumstances where the exact same set of facts satisfies the elements of two different offenses?